# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **DONNA POLLARD,** | \| | **CASE NO: 19-05171-DSC** |
| | \| | |
| **DEBTORS.** | \| | **CHAPTER 13** |

## MOTION TO REFINANCE HOME

COMES NOW the debtor, by and through the undersigned, and move this Honorable Court to allow her to refinance her home. As grounds thereof, the debtors state as follows:

1. The debtor filed for relief under Chapter 13 of the Bankruptcy Code on December 17, 2019.

2. The debtor's overall pay record with the Chapter 13 Trustee is 100.00%

3. On December 1, 2016, the debtor purchased a home, with Roundpoint Mortgage Servicing Corporation, located at 1236 Huffman Road, Center Point, AL. 35215 ("the property).

4. The debtor has been conditionally approved for a refinance of her mortgage. The refinance provides for a 30 year mortgage in the amount of $82,594.00 with an interest rate of 2.99% and monthly payments of approximately $532.81; which includes escrow. *See* loan estimate attached hereto as Exhibit "1."

5. The Debtor is not receiving any money from an equity cash out. The terms of the refinance are reducing her interest rate and monthly payment. Additionally, the refinance will cure any arrears and bring the debtor current on her monthly mortgage payments.

WHEREFORE, the debtor respectfully requests this Honorable Court to grant the debtors permission to refinance her mortgage and for all other relief that is just.

RESPECTFULLY SUBMITTED this 8th day of November, 2021.

    BROCK & STOUT

    /s/ Chadwick A. Cotant
    Chadwick A. Cotant {COT022}
    Attorney for Debtors
    Post Office Drawer 311167
    Enterprise, Alabama 36331-1167
    (334) 393-4357
    (334) 393-0026 FAX
    bankruptcy@brockandstoutlaw.com

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I have this date mailed a copy of the foregoing upon the Chapter 13 Trustee by electronic mail and upon all creditors via U.S. Mail, postage prepaid this 8th day of November, 2021.

Bradford W. Caraway　　　　　　　**ALL CREDITORS ON ATTACHED MATRIX**
Chapter 13 Trustee
ctmail.@ch13bham.com

    /s/ Chadwick A. Cotant
    Chadwick A. Cotant {COT022}
    Attorney for Debtors

2