IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| Donna Pollard ) | Case No. 19-05171-DSC13 |
| ) | |
| Debtor(s). ) | |

## NOTICE AND ORDER

These matters are before the Court on the Debtor's Motion to Expedite Hearing (the "Motion to Expedite") (Doc. No. 50) and the Debtor's Motion to Refinance Home (the "Motion to Refinance") (Doc. No. 48) filed by Debtor's counsel, Chadwick A. Cotant.

It appears to the Court that the Movant has not demonstrated sufficient cause under Rule 9006(c) of the Federal Rules of Bankruptcy Procedure to shorten the notice requirements. Based upon the foregoing, the Motion to Expedite is due to be denied.

Based on the filings, the Court has considered the Motion to Refinance and it appears to the Court that the Motion is due to be granted.

Therefore, it is **ORDERED, ADJUDGED,** and **DECREED** that the Motion to Expedite (Doc. No. 50) is **DENIED**.

It is further **ORDERED, ADJUDGED,** and **DECREED** that the Motion to Refinance (Doc. No. 48) is **GRANTED**, unless a written objection to said Motion and a request for hearing are filed within 14 days of the entry of this Notice and Order. If an objection and a request for hearing are *timely* filed, a hearing will be scheduled by a subsequent notice.

If no objections are filed, then the Debtor may proceed with entering into the loan agreement with the same or substantially similar terms as described in the Motion to Refinance and Exhibit.

Dated: November 8, 2021                    /s/ D. Sims Crawford
                                           D. SIMS CRAWFORD
                                           United States Bankruptcy Judge