In re:  Case No. 19-05171-DSC
Donna Pollard  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1126-2      User: admin      Page 1 of 3
Date Rcvd: Nov 08, 2021      Form ID: pdfall      Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Donna Pollard, 1236 Huffman Road, Birmingham, AL 35215-6335 |
| 10377073 | | AT&T CORP, by American InfoSource as agent, PO Box 5072, Carol Stream, IL 60197-5072 |
| 10316710 | + | BB&A, PO Box 90260, Indianapolis, IN 46290-0260 |
| 10316711 | + | Frederick S. Hecht Esq., 9247 N Meridian St Ste 101, Indianapolis, IN 46260-1813 |
| 10580017 | | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 10316696 | + | JT Smallwood, Tax Collector, RM 160 Courthouse, 716 Richard Arrington Jr. Blvd N, Birmingham, AL 35203-0133 |
| 10316712 | | Jason B. Patrick Esq., PO Box 312277, Enterprise, AL 36331-2277 |
| 10316713 | + | Maury Cobb Attoryney at Law LLC, 301 Beacon Pkwy Ste 100, Birmingham, AL 35209-3103 |
| 10316714 | + | Rausch Sturm, PO Box 312277, Enterprise, AL 36331-2277 |
| 10353919 | + | RoundPoint Mortgage Servicing Corporation, 446 Wrenplace Road, Fort Mill, SC 29715-0200 |
| 10316693 | + | Roundpoint Mortgage, P.O. Box 19409, Charlotte, NC 28219-9409 |
| 10335744 | + | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 10316715 | + | Santander Consumer USA, P.O. Box 961211, Fort Worth, TX 76161-0211 |
| 10316694 | | Santander Consumer USA Inc., Attn: Bankruptcy Department, PO Box 560284, Dallas, TX 75356-0284 |
| 10316708 | | TD Bank USA/ Target Credit, NCD-0450 P.O. Box 1470, Minneapolis, MN 55440 |
| 10316718 | + | TD Bank USA/Target Credit, PO Box 673, Minneapolis, MN 55440-0673 |
| 10316719 | + | US Attorney, 1801 4th Ave N, Birmingham, AL 35203-2101 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 10316699 | Email/Text: g17768@att.com | Nov 09 2021 00:22:00 | AT&T Services, Inc., Attn: Karen A. Cavagnaro, One AT&T Way, Room 3A104, Bedminster, NJ 07921-2694 |
| 10316698 | + Email/Text: bsimmons@amsher.com | Nov 09 2021 00:22:00 | Amsher Collection Services Inc, Attn: Bankruptcy, 4524 Southlake Pkwy Ste 15, Birmingham, AL 35244-3271 |
| 10316700 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 09 2021 00:31:41 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 10324762 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 09 2021 00:31:41 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 10316701 | + Email/Text: bk@creditcentralllc.com | Nov 09 2021 00:22:00 | Credit Central, LLC, 700 E. North St, Suite 15, Greenville, SC 29601-3013 |
| 10316695 | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 09 2021 00:22:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 10368748 | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 09 2021 00:22:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 10316702 | + Email/Text: Mercury@ebn.phinsolutions.com | Nov 09 2021 00:22:00 | Mercury Card/FB&T, 1415 Warm Springs Rd, |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Columbus, GA 31904-8366 |
| 10317563 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 09 2021 00:31:43 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 10316703 | | Email/Text: bankruptcy@republicfinance.com | Nov 09 2021 00:22:00 | Republic Finance, LLC, 282 Tower Rd., Ponchatoula, LA 70454 |
| 10316697 | | Email/Text: bankruptcy@revenue.alabama.gov | Nov 09 2021 00:22:00 | State of Alabama Dept of Revenue, Legal Division, PO Box 320001, Montgomery, AL 36132-0001 |
| 10316705 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 09 2021 00:31:39 | SYNCB/Belk, PO Box 965005, Orlando, FL 32896-5005 |
| 10316706 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 09 2021 00:31:23 | SYNCB/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 10316704 | + | Email/Text: Bankruptcy.Noticing@Security-Finance.com | Nov 09 2021 00:22:00 | Security Finance Corp, PO Box 3146, Spartanburg, SC 29304-3146 |
| 10316716 | + | Email/Text: Bankruptcy.Noticing@Security-Finance.com | Nov 09 2021 00:22:00 | Security Finance Corp Office, PO Box 1893, Spartanburg, SC 29304-1893 |
| 10318808 | + | Email/Text: Bankruptcy.Noticing@Security-Finance.com | Nov 09 2021 00:22:00 | Security Finance Corporation, Central Bankruptcy, PO Box 1893, Spartanburg, SC 29304-1893 |
| 10316707 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 09 2021 00:31:23 | Syncb/Lowes, PO Box 956005, Orlando, FL 32896-0001 |
| 10316717 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 09 2021 00:31:49 | Synchrony Bank, 170 Election Road, Draper, UT 84020-6400 |
| 10364081 | + | Email/Text: bncmail@w-legal.com | Nov 09 2021 00:22:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 10611565 | | Email/Text: documentfiling@lciinc.com | Nov 09 2021 00:21:00 | Tea Olive, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 10316719 | + | Email/PDF: USAALN.BNC@usdoj.gov | Nov 09 2021 00:31:56 | US Attorney, 1801 4th Ave N, Birmingham, AL 35203-2101 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | FREEDOM MORTGAGE CORPORATION, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Tea Olive, LLC, PO Box 1931, Burlingame, CA 94011-1931 |
| 10316709 | ##+ | Allied Interstate LLC, PO Box 361774, Columbus, OH 43236-1774 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 1126-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 08, 2021 | Form ID: pdfall | Total Noticed: 37 |

Date: Nov 10, 2021         Signature:         /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bradford W. Caraway | ctmail@ch13bham.com  bhamch13@ecf.epiqsystems.com |
| Diane C Murray | on behalf of Creditor RoundPoint Mortgage Servicing Corporation ndbankruptcy@tblaw.com |
| Enslen Crowe | on behalf of Creditor RoundPoint Mortgage Servicing Corporation ndbankruptcy@tblaw.com |
| Michael D. Brock | on behalf of Debtor Donna Pollard bankruptcy@brockandstoutlaw.com bankruptcy@managelawfirm.com;bkbackup@managelawfirm.com |

TOTAL: 4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| **Donna Pollard** ) | Case No. 19-05171-DSC13 |
| ) | |
| Debtor(s). ) | |

## NOTICE AND ORDER

These matters are before the Court on the Debtor's Motion to Expedite Hearing (the "Motion to Expedite") (Doc. No. 50) and the Debtor's Motion to Refinance Home (the "Motion to Refinance") (Doc. No. 48) filed by Debtor's counsel, Chadwick A. Cotant.

It appears to the Court that the Movant has not demonstrated sufficient cause under Rule 9006(c) of the Federal Rules of Bankruptcy Procedure to shorten the notice requirements. Based upon the foregoing, the Motion to Expedite is due to be denied.

Based on the filings, the Court has considered the Motion to Refinance and it appears to the Court that the Motion is due to be granted.

Therefore, it is **ORDERED, ADJUDGED,** and **DECREED** that the Motion to Expedite (Doc. No. 50) is **DENIED**.

It is further **ORDERED, ADJUDGED,** and **DECREED** that the Motion to Refinance (Doc. No. 48) is **GRANTED**, unless a written objection to said Motion and a request for hearing are filed within 14 days of the entry of this Notice and Order. If an objection and a request for hearing are *timely* filed, a hearing will be scheduled by a subsequent notice.

If no objections are filed, then the Debtor may proceed with entering into the loan agreement with the same or substantially similar terms as described in the Motion to Refinance and Exhibit.

Dated: November 8, 2021

/s/ D. Sims Crawford
D. SIMS CRAWFORD
United States Bankruptcy Judge